AO 440 (Rev. 10/93) Summons in a Civil Action

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALLERGAN, INC.,

    Plaintiff,

v.

APOTEX, INC. and APOTEX CORP.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

Case Number: 07-278

TO:    APOTEX, INC
        c/o Welsh & Katz, Ltd.
        Attn: Robert B. Breisblatt
        120 S. Riverside Plaza, Ste 2200
        Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William J. Marsden, Jr.
    Fish & Richardson P.C.
    919 N. Market Street, Suite 1100
    P.O. Box 1113
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

Clerk

MAY 24 2007

Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 5/24/07 |
| NAME OF SERVER (PRINT) Kim M Kilby | TITLE: Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☒ Other (specify): Sent via Federal Express per agreement of the parties. Confirmation of receipt is attached

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 5/24/07
Date

Signature of Server: Kim M Kilby

Address of Server: Fish + Richardson PC
919 N. Market Street Ste 1100
Wilmington DE 19801

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.

## Kim Kilby

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, May 25, 2007 12:11 PM
**To:** Kim Kilby
**Subject:** FedEx Shipment 791307269553 Delivered

---

This tracking update has been requested by:

Company Name: FISH & RICHARDSON P.C

Name:  Kim Kilby/William Marsden

E-mail:  kilby@fr.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:            791307269553
Reference:                  13351-019LL1
Ship (P/U) date:            May 24, 2007
Delivery date:              May 25, 2007 9:32 AM
Sign for by:                T.MONTGOMERY
Delivered to:               Mailroom
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     1.00 lb.

Shipper Information              Recipient Information
Kim Kilby/William Marsden        Robert B. Breisblatt
FISH & RICHARDSON P.C            Apotex, Inc.
919 N. Market Street             Welsh & Katz, Ltd.
Wilmington                       120 S. Riverside Plaza, Ste 2200
DE                               Chicago
US                               IL
19899                            US
                                 60606

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:10 AM  CDT
on 05/25/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

5/29/2007