IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 07-278-GMS <br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. RULE 7.1**

Plaintiff Allergan, Inc. by and through their counsel, Fish & Richardson P.C., hereby disclose that:

Allergan, Inc. is a nongovernmental corporate party in the above-captioned action. There is no parent corporation for Allergan, Inc. There is no publicly held corporation that owns 10% or more of Allergan, Inc.

Dated: May 31, 2007             FISH & RICHARDSON P.C.

                                By: */s/ William J. Marsden, Jr.*
                                    William J. Marsden, Jr. (#2247)
                                    919 N. Market Street, Suite 1100
                                    P.0. Box 1114
                                    Wilmington, DE 19899-1114
                                    Telephone: (302) 652-5070
                                    Facsimile: (302) 652-0607
                                    Email: marsden@fr.com

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Plaintiff
ALLERGAN, INC.

60432115.doc

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2007, a true and correct copy of PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1 was caused to be served on the attorneys of record at the following addresses as indicated:

**BY FEDERAL EXPRESS**
APOTEX, INC
c/o Welsh & Katz, Ltd.
Attn:  Robert B. Breisblatt
120 S. Riverside Plaza, Ste 2200
Chicago, IL  60606

**BY HAND DELIVERY**
APOTEX CORP.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

                                    */s/ William J. Marsden, Jr.*
                                    William J. Marsden, Jr. (#2247)