IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>    Defendants. | Civil Action No. 07-278 (GMS) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 6, 2007, a true and correct copy of Plaintiff Allergan, Inc.'s First Request for Production of Documents and Things to Defendants, made pursuant to Federal Rule of Civil Procedure 34, was caused to be served on the attorneys of record for Defendants, at the following addresses and in the manner indicated:

**VIA EMAIL AND FEDERAL EXPRESS**
Robert B. Breisblatt
A. Sidney Katz
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606

**VIA HAND DELIVERY**
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Dated: July 2, 2007                FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

**ATTORNEYS FOR PLAINTIFF
ALLERGAN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2007, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel. In addition, Delaware counsel will also be served via hand delivery:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Richard L. Horwitz<br>Kenneth L. Dorsney<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Defendant<br>Apotex Inc. and Apotex Corp. |
| **BY EMAIL AND FEDERAL EXPRESS**<br>Robert B. Breisblatt (rbbreisblatt@welshkatz.com)<br>A. Sidney Katz (askatz@welshkatz.com)<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza, 22nd Flo$^{or}$<br>Chicago, IL  60606 | Attorneys for Defendant<br>Apotex Inc. and Apotex Corp. |

William J. Marsden, Jr.

10751214.doc