IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-278 (GMS) |
| ) | |
| APOTEX, INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| IN RE: BRIMONIDINE PATENT ) | |
| LITIGATION ) | C.A. No. 07-MD-01866-GMS |
| ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies that copies of the following documents were caused to be served on August 15, 2008, upon the following attorneys of record at the following addresses as indicated:

APOTEX, INC.'S AND APOTEX CORP.'S RESPONSE TO
ALLERGAN INC.'S FIRST REQUESTS FOR ADMISSIONS

**VIA HAND DELIVERY**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com

**VIA ELECTRONIC MAIL**

Jonathan E. Singer  
Michael J. Kane  
Deanna J. Reichel  
Fish & Richardson P.C.  
300 Dain Rauscher Plaza  
60 South Sicth Street  
Minneapolis, MN  55402  
singer@fr.com  
kane@fr.com  
reichel@fr.com  

Juanita Brooks  
Fish & Richardson P.C.  
12390 El Camino Real  
San Diego, CA  92130  
brooks@fr.com  

OF COUNSEL:

Robert B. Breisblatt  
Joanna R. Stevason  
Jeremy C. Daniel  
KATTEN MUCHIN ROSENMAN LLP  
525 West Monroe Street  
Chicago, Illinois 60661-3693  
Tel:  (312) 902-5480  

Dated:  August 15, 2008  
878740 / 31920

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore  
    Richard L. Horwitz (#2246)  
    David E. Moore (#3983)  
    Hercules Plaza 6th Floor  
    1313 N. Market Street  
    P.O. Box 951  
    Wilmington, DE  19899  
    Tel:  (302) 984-6000  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com  

*Attorneys for Defendants*  
*Apotex Inc. and Apotex Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 15, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 15, 2008, the attached document was Electronically Mailed to the following person(s):

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN 55402
singer@fr.com
kane@fr.com
reichel@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

800744 / 31920