**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION | ) ) ) ) ) | C.A. No. 07-MD-01866-GMS |
| ALLERGAN, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-278 (GMS) |
| APOTEX, INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies

that copies of the following documents were caused to be served on August 25, 2008, upon the

following attorneys of record at the following addresses as indicated:

APOTEX, INC. AND APOTEX CORP.'S ANSWER TO
ALLERGAN INC.'S SECOND SET OF INTERROGATORIES
TO DEFENDANTS APOTEX, INC. AND APOTEX CORP.

APOTEX, INC. AND APOTEX CORP.'S RESPONSE TO
ALLERGAN INC.'S THIRD SET OF REQUESTS FOR
PRODUCTION

**VIA ELECTRONIC MAIL**

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com
coletti@fr.com

Juanita Brooks
Joseph P. Reid
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com
reid@fr.com

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN 55402
singer@fr.com
kane@fr.com
reichel@fr.com

Steven C. Carlson
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
steven.carlson@fr.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Robert B. Breisblatt
Stephen P. Benson
Joanna R. Stevason
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5480


Dated: August 26, 2008
879931 / 31920 (MDL)

By:  */s/ David E. Moore*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE 19899
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 26, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 26, 2008, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware  19899
cottrell@rlf.com
Farnan@rlf.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com
coletti@fr.com

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Juanita Brooks
Joseph P. Reid
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
brooks@fr.com
reid@fr.com

Barry S. White
Daniel G. Brown
David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
bwhite@flhlaw.com
dbrown@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402
singer@fr.com
kane@fr.com
reichel@fr.com

Steven C. Carlson
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
steven.carlson@fr.com

Sharon E. Crane
Erin M. Dunston
Krista Leigh Lynch
Bingham McCutchen LLP
2020 K. Street NW
Washington, DC 20006-1806
sharon.crane@bingham.com
erin.dunston@bingham.com
krista.lynch@bingham.com

       I further certify that on August 26, 2008, the attached document was sent via First Class

Mail to the following person(s):

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Feder Judiciary Bldg.
Washington, DC 20002-8004


           By: */s/ David E. Moore*
              Richard L. Horwitz
              David E. Moore
              Hercules Plaza, 6th Floor
              1313 N. Market Street
              Wilmington, Delaware 19899-0951
              (302) 984-6000
              rhorwitz@potteranderson.com
              dmoore@potteranderson.com


834839 / 31920 / MDL